# United States Court of Appeals
# for the Fifth Circuit

No. 24-10067

United States Court of Appeals
Fifth Circuit
**FILED**
November 6, 2024

Steven M. Monacelli,

Lyle W. Cayce
Clerk

*Plaintiff—Appellant*,

versus

City of Dallas, Texas; Officer John Doe 1, *individually and in his official capacity as a Dallas Police Department Police Officer*; Officer John Doe 2, *individually and in his official capacity as a Dallas Police Department Police Officer*; Officer John Doe 3, *individually and in his official capacity as a Dallas Police Department Police Officer*; Officer John Doe 4, *individually and in his official capacity as a Dallas Police Department Police Officer*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-2649

_____

Before Wiener, Willett, and Duncan, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

No. 24-10067

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.